UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO LYNN FLUKER, JR.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

/

Case No. 2:26-cv-10134

District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

**ORDER GRANTING AS UNOPPOSED DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND FED. R. EVID. 502(d) ORDER (ECF No. 17)**

Antonio Lynn Fluker, Jr. is presently in Federal Bureau of Prisons custody at FCI Schuylkill. *See* www.bop.gov (last visited Nov. 18, 2026). In January 2026, while located at FCI Schuylkill, Fluker initiated the instant Federal Tort Claims Act (FTCA) lawsuit against the United States of America. The Government timely filed its answer on June 11, 2026. (ECF Nos. 14, 15.)

Judge Leitman has referred this case to me for pretrial matters. (ECF No. 9.) Currently before the Court is the Government's October 20, 2026 motion for protective order and Fed. R. Evid. 502(d) order. (ECF No. 17.) *See* Fed. R. Evid. 502(d) ("A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court--in which event the disclosure is also not a waiver in any other federal or state proceeding.").

Upon consideration, the Government's motion (ECF No. 17) is **GRANTED**. "A respondent opposing a motion must file a response, including a brief and supporting documents then available." E.D. Mich. 7.1(c)(1). Absent an order stating otherwise, Plaintiff's response was due on November 3, 2026, *see* E.D. Mich. LR 7.1(e)(1)(A), or perhaps even November 6, 2026 if taking into consideration service by mail, *see* Fed. R. Civ. P. 6(d). To date, Plaintiff has not filed a response. Thus, the motion is **UNOPPOSED**. Having reviewed "the proposed orders submitted via ECF[,]" (*id*., PageID.70), the Clerk of the Court is **DIRECTED** to enter them.

**IT IS SO ORDERED.**[1]

Dated: November 19, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).