UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Antonio Lynn Fluker, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Civil No. 26-10134<br><br>Honorable Matthew F. Leitman<br>Mag. Judge Anthony P. Patti |

**Order Regarding Inadvertent Production of Privileged Information**

Pursuant to Rule 502(d) of the Federal Rules of Evidence, the following is **ORDERED**:

1. The inadvertent production of privileged information in this matter shall not waive or otherwise compromise any applicable privilege or preclude a party from asserting privilege claims after production. The party recalling an inadvertent production shall request in writing the return or destruction of such information and shall, within 14 calendar days of its request, produce a privilege log disclosing all applicable assertions of privilege for the recalled production. Upon receipt of the written request, the recipient party shall comply with the producing party's request to cease review of the inadvertent production and return or destroy the inadvertent production, regardless of whether the recipient party

intends to file a motion to compel production of the recalled production, in whole or in part.

2. The party recalling an inadvertent production shall pay the costs of complying with its request, if any, including electronic discovery support staff and paralegal time, but not including attorney time.

Anthony P. Patti
United States Magistrate Judge

Dated: November 19, 2026